

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DAVID R. DEBOSE AND | § | |
| GWENDOLYN DEBOSE | § | |
| PLAINTIFFS | § | |
| | § | |
| vs. | § | Civil Action No. *14-4072* |
| | § | (Jury Requested) |
| DOMTAR A.W. LLC | § | |
| DEFENDANT | § | |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs David R. DeBose and Gwendolyn Debose and file this Original Complaint against Defendant Domtar A.W. LLC, and in support thereof would show unto the Court as follows:

### PARTIES

I.

Plaintiffs David R. DeBose and Gwendolyn DeBose are individuals and citizens of Webster Parish, Louisiana.

II.

Defendant Domtar A.W. LLC ("Domtar") is a foreign limited liability company authorized to do business in the state of Arkansas and may be served with process through its registered agent, National Registered Agents, Inc. of Arkansas, 124 W. Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

## JURISDICTION AND VENUE

### III.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, excluding interest and costs.

### IV.

Venue for this suit is proper under 28 U.S.C. § 1391(a) as a substantial portion of the events giving rise to this action occurred in this district.

## NEGLIGENCE AND GROSS NEGLIGENCE

### V.

This cause of action arises out of severe injuries sustained by Plaintiff David R. DeBose. On or about June 24, 2011, Mr. DeBose was sitting in his tractor-trailer waiting to unload it inside the Domtar paper mill located at 285 Highway 71 South in Ashdown, Arkansas, when his truck was struck by a train operated by Defendant Domtar. Accordingly, Defendant Domtar was negligent in causing the accident and Plaintiffs' injuries.

### VI.

Specifically, Defendant Domtar was negligent in the following respects:

1.      operating a locomotive in a negligent manner;

2.      failing to warn Mr. DeBose that a locomotive was approaching his truck;

3.      failing to stop its locomotive before striking Mr. DeBose's truck;

4.      failing to use ordinary care in the hiring, training, supervision and retention of its
        employees;

5.      failing to adequately direct and supervise traffic on the premises; and

6.      otherwise failing to use ordinary care under the circumstances.

Each of these acts and omissions, singularly and in combination with each other, proximately caused
the damages set forth herein.

## DAMAGES

### VII.

As a result of the above and foregoing, Plaintiff David R. DeBose has been severely injured
and sustained substantial damages as follows:

a.      reasonable medical expenses in the past;

b.      reasonable medical expenses in the future;

c.      past and future physical pain, suffering and mental anguish;

d.      past and future physical impairment;

e.      past and future physical disability;

f.      loss of earnings in the past; and

g.      loss of earning capacity in the future.

Each of these elements of damages was proximately caused by the negligence of Defendant and total
an amount greater than $75,000.00, excluding interest and courts costs.

## PUNITIVE DAMAGES

### VIII.

In addition to actual damages, Plaintiffs are entitled to an award of punitive damages from Defendant in that Defendant knew or should have known, in light of the surrounding circumstances, that its conduct would naturally and probably result in damages, and Defendant continued such conduct with malice or reckless disregard of the consequences from which malice may be inferred.

## LOSS OF CONSORTIUM

### IX.

Plaintiff Gwendolyn DeBose suffered the loss of Mr. DeBose's services, society, companionship, affection, love, advice, guidance and sexual relations as a result of his injuries. Accordingly, Mrs. DeBose seeks damages for marital duties and the diminished quality of the marital relationship.

## JURY DEMAND

### X.

Plaintiffs request that a jury be convened to try the factual issues in this case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs David R. DeBose and Gwendolyn DeBose pray that the Court issue summons for Defendant Domtar A.W. LLC to appear and answer herein, and that upon final hearing that Plaintiffs have judgment against Defendant for all damages as set forth herein in an amount in excess of the minimum jurisdictional limits of the Court;

prejudgment interest; interest on the judgment at the legal rate; costs of court; and for all such other and further relief, general and specific as required by law, to which Plaintiffs may show themselves to be justly entitled.

May 7, 2014

Respectfully submitted,

MERCY ⋆ CARTER ⋆ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com


W. David Carter, ASB No. 85025

Attorney for Plaintiffs David R. DeBose and Gwendolyn DeBose