IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID R. DEBOSE AND
GWENDOLYN DEBOSE                                                                                    PLAINTIFFS

V.                                            NO. 4:14-CV-04072-SOH

DOMTAR A.W. LLC                                                                                       DEFENDANT

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, David R. Debose and Gwendolyn Debose, and Defendant, Domtar A.W. LLC, by and through their respective attorneys and herein move the Court for an Order dismissing Plaintiffs' Complaint with prejudice and without assessment of costs, stating:

1.  That Plaintiffs move the Court for an order dismissing Plaintiffs' Complaint [Doc. No. 2] against the Defendant with prejudice;

2.  That the parties state the matters asserted in the Complaint have been resolved, and this case should be dismissed with prejudice and without costs assessed to either party;

WHEREFORE, Plaintiffs, David R. Debose and Gwendolyn Debose, and Defendant, Domtar A.W. LLC, pray that the Court enter an appropriate Order in the above-styled action dismissing the Complaint of the Plaintiff with prejudice and without the assessment of costs to either party, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

MERCY☆CARTER L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
903-794-9419; Facsimile:  903-794-1268
Email:  wdcarter@texarkanalawyers.com


BY:     /s/ W. David Carter
        W. David Carter  AR BIN 85025

- and-

BARBER LAW FIRM PLLC
Attorneys for Defendant
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483
501-372-6175
Email:  ccunningham@barberlawfirm.com


BY:     /s/ J. Cotten Cunningham
        J. Cotten Cunningham  AR BIN 97238